# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:07-M-27M***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **GEVORK BALTADJIAN,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin,** Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the 1st day of **March, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: February 28, 2007.

David A. DiMarzio, Clerk

INITIAL APPEARANCE

***by*** ***Martha Saucier - Deputy Clerk***