AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Gevork Baltadjian

APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Gevork Baltadjian

I certify that I am admitted to practice in this court.

3/1/07
*Date*

Richard K. Corley
*Signature*

Richard K. Corley 2965
*Print Name* *Bar Number*

121 Dorrance St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-861-2100 861-2139
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.