1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Gevork Baltadjan

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-MJ-27-M

I, Gevork Baltadjian, charged in a (complaint) (petition) pending in this District with / in violation of Title 18, U.S.C., 1028 A (a) (1) (c) (4), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Gevork
Defendant

3/6/07
Date

[signature]
Counsel for Defendant