**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | Criminal No. 1:07-M-27M |
| | : | |
| GEVORK BALTADJIAN | | |

**NOTICE OF APPEAL**

The defendant has requested appointed counsel to file this notice of appeal on his behalf. Defendant is appealing the Court's findings at his sentencing and the sentence he received.

Current counsel has informed defendant he will need replacement counsel to pursue his appeal because trial counsel waived his appellate rights at sentencing.

Respectfully Submitted,

/s/

Richard K. Corley, Esq. (#2965)
CORLEY TAVERAS, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 FAX
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 14th day of September 2007, I caused to be served a true copy of the defendant's notice of appeal via electronically mail to:

Lee H. Vilker, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903