**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **Criminal No. 1:07-M-27M** |
| | : | |
| **GEVORK BALTADJIAN** | : | |

**MOTION TO WITHDRAW NOTICE OF APPEAL**

The defendant Gevork Baltadjian has notified his appointed counsel that he wishes to withdraw the previously filed Notice of Appeal. The defendant does not wish to have an attorney appointed to investigate, file or pursue an appeal.

Accordingly, the defendant moves to withdraw his previously filed Notice of Appeal.

Respectfully Submitted,

/s/________________________________

Richard K. Corley, Esq. (#2965)
CORLEY TAVERAS, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 FAX
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 28th day of September 2007, I caused to be served a true copy of the defendant's notice of appeal via electronic mail to:

Lee H. Vilker, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903